# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 14, 2008

135941 & (19)

SANDRA SCHMID,
          Plaintiff-Appellee,

v

FARM BUREAU LIFE INSURANCE COMPANY
OF MICHIGAN,
          Defendant-Appellant,
and

JOSEPH L. KNOWLES,
          Defendant-Appellee,
and

JOSEPH L. KNOWLES INSURANCE
COMPANY,
          Defendant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135941
COA: 282030
Mason CC: 06-000320-CK

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 22, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that trial court proceedings are stayed pending completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

CAVANAGH and KELLY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2008

t0311

_____
Clerk